UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANNY TORRES,

    Plaintiff,

v.                                              Case No. 5:21-cv-21-RV-MJF

GEO GROUP, INC., *et al.*,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 19, 2021 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (ECF 7). The motion for extension of time to respond (ECF 6) is DENIED as moot.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 ($350 filing fee and $52 administrative fee) filing fee in its entirety.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 18th day of March, 2021.

                          s/ *Roger Vinson*
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**